UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
July 24, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

STACEY RICE,

Defendant.

Case No. 2:26-mj-00112-AC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release STACEY RICE, Case No. 2:26-mj-00112-AC, Charge 18 USC § 1349, from custody for the following reasons:

X Release on Personal Recognizance

___ Bail Posted in the Sum of $ ________

___ Unsecured Appearance Bond $ ________

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other):

___ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on July 24, 2026 at 3:00 PM.

By: [signature]

Magistrate Judge Allison Claire